# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: ORBESON, SUE CATHERINE § Case No. 09-72144
§
ORBESEN, SUSAN C §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 23, 2009. The undersigned trustee was appointed on September 09, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of   $ 15,006.27

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 850.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,961.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 10,194.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/30/2009 and the deadline for filing governmental claims was 11/30/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,854.53. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,854.53, for a total compensation of $1,854.53.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $124.68, for total expenses of $124.68.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2010          By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-72144
**Case Name:** ORBESON, SUE CATHERINE

**Period Ending:** 11/03/10

**Trustee:** (330400)  JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 05/23/09 (f)
**§341(a) Meeting Date:** 07/01/09
**Claims Bar Date:** 11/30/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence Located at: Fee simple with mother - 5 | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account with Chase | 1.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account with Chase | 28.00 | 0.00 | DA | 0.00 | FA |
| 5 | Ordinary household items in a 5 room home | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. movies, music, books, etc. | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ordinary everyday clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance - $10,000 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Joint Venture - Pepper Rd. | 20,000.00 | 11,039.00 | | 15,000.00 | FA |
| 10 | 2008 - Income Tax Return - $1,000.00 Spent on or | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Jeep Liberty - 40k miles Joint with son - J | 10,300.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Chevy Cobalt - 30k miles Joint with son - J | 6,175.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.27 | Unknown |
| 13 | Assets    Totals (Excluding unknown values) | $247,864.00 | $11,039.00 | | $15,006.27 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 10, 2010     **Current Projected Date Of Final Report (TFR):** September 10, 2010

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-72144 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ORBESON, SUE CATHERINE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | **-***0069 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/03/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/09 | {9} | Margaret Orbesen | Joint venture - Pepper Road | 1129-000 | 15,000.00 | | 15,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 15,000.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,000.79 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,001.36 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,002.03 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 15,002.41 |
| 04/20/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -15,002.41 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -15,002.41 | 0.00 | |
| | | | Subtotal | | 15,002.41 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,002.41 | $0.00 | |

{} Asset reference(s)

Printed: 11/03/2010 01:03 PM   V.12.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 09-72144
Case Name: ORBESON, SUE CATHERINE

Taxpayer ID #: **-***0069
Period Ending: 11/03/10

Trustee: JOSEPH D. OLSEN (330400)
Bank Name: The Bank of New York Mellon
Account: 9200-******97-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 15,002.41 | | 15,002.41 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 15,002.72 |
| 05/12/10 | | To Account #9200******9766 | Transfer funds to pay IL 09 taxes & Fees for Accts. | 9999-000 | | 838.00 | 14,164.72 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.86 | | 14,165.58 |
| 06/04/10 | | To Account #9200******9766 | Payment of bond premium | 9999-000 | | 11.74 | 14,153.84 |
| 06/08/10 | | To Account #9200******9766 | balance of bond premium | 9999-000 | | 0.90 | 14,152.94 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.82 | | 14,153.76 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,154.60 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.83 | | 14,155.43 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,155.54 |
| 10/15/10 | | To Account #9200******9766 | pymt to Debtor | 9999-000 | | 3,961.00 | 10,194.54 |
| 10/15/10 | 11001 | Susan Orbeson | Debtor's exemption<br>Voided on 10/15/10 | 8100-003 | | ! 3,961.00 | 6,233.54 |
| 10/15/10 | 11001 | Susan Orbeson | Debtor's exemption<br>Voided: check issued on 10/15/10 | 8100-003 | | ! -3,961.00 | 10,194.54 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,194.63 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 15,006.27 | 4,811.64 | $10,194.63 |
| Less: Bank Transfers | 15,002.41 | 4,811.64 | |
| Subtotal | 3.86 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3.86 | $0.00 | |

{} Asset reference(s)       !-Not printed or not transmitted       Printed: 11/03/2010 01:03 PM    V.12.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-72144 | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | ORBESON, SUE CATHERINE | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***0069 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/03/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/10 | | From Account #9200******9765 | Transfer funds to pay IL 09 taxes & Fees for Accts. | 9999-000 | 838.00 | | 838.00 |
| 05/12/10 | 101 | Illinois Department of Revenue | Payment of 09 IL-1041-V taxes | 2820-000 | | 313.00 | 525.00 |
| 06/04/10 | | From Account #9200******9765 | Payment of bond premium | 9999-000 | 11.74 | | 536.74 |
| 06/04/10 | 102 | Sikich, LLP | Per Court Order of 6/2 | 3310-000 | | 525.00 | 11.74 |
| 06/04/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72144, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 11.74 | 0.00 |
| 06/07/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72144, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -11.74 | 11.74 |
| 06/08/10 | | From Account #9200******9765 | balance of bond premium | 9999-000 | 0.90 | | 12.64 |
| 06/08/10 | 104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72144, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 12.64 | 0.00 |
| 06/08/10 | 104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72144, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -12.64 | 12.64 |
| 06/08/10 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72144, Bond Premium #016018067 | 2300-000 | | 12.64 | 0.00 |
| 10/15/10 | | From Account #9200******9765 | pymt to Debtor | 9999-000 | 3,961.00 | | 3,961.00 |
| 10/15/10 | 106 | Susan Orbeson | Pay Debtor's exemption | 8100-002 | | 3,961.00 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,811.64 | 4,811.64 | $0.00 |
| Less: Bank Transfers | 4,811.64 | 0.00 | |
| Subtotal | 0.00 | 4,811.64 | |
| Less: Payments to Debtors | | 3,961.00 | |
| NET Receipts / Disbursements | $0.00 | $850.64 | |

{} Asset reference(s)  
Printed: 11/03/2010 01:03 PM  V.12.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| Case Number: | 09-72144 |
| Case Name: | ORBESON, SUE CATHERINE |
| Taxpayer ID #: | **-***0069 |
| Period Ending: | 11/03/10 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******97-66 - Checking Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts: 15,006.27
Less Payments to Debtor: 3,961.00
Net Estate: $11,045.27

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****97-65 | 15,002.41 | 0.00 | 0.00 |
| MMA # 9200-******97-65 | 3.86 | 0.00 | 10,194.63 |
| Checking # 9200-******97-66 | 0.00 | 850.64 | 0.00 |
| | $15,006.27 | $850.64 | $10,194.63 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 30, 2009

**Case Number:** 09-72144
**Debtor Name:** ORBESON, SUE CATHERINE

Page: 1

**Date:** November 3, 2010
**Time:** 01:03:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,854.53 | $0.00 | 1,854.53 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $124.68 | $0.00 | 124.68 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,237.50 | $0.00 | 1,237.50 |
| 1<br>610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TARGET<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $419.36 | $0.00 | 419.36 |
| 2<br>610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $16,470.46 | $0.00 | 16,470.46 |
| 3<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $36,979.11 | $0.00 | 36,979.11 |
| 4<br>610 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $862.28 | $0.00 | 862.28 |
| 5<br>610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $16,309.24 | $0.00 | 16,309.24 |
| 6<br>610 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Best Buy, POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $236.37 | $0.00 | 236.37 |
| << Totals >> | | | | 74,493.53 | 0.00 | 74,493.53 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72144
Case Name: ORBESON, SUE CATHERINE
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 10,194.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,194.63

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,854.53 | 0.00 | 1,854.53 |
| Trustee, Expenses - JOSEPH D. OLSEN | 124.68 | 0.00 | 124.68 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,237.50 | 0.00 | 1,237.50 |

Total to be paid for chapter 7 administration expenses:   $   3,216.71
Remaining balance:   $   6,977.92

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 6,977.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 71,276.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 419.36 | 0.00 | 41.05 |
| 2 | DISCOVER BANK | 16,470.46 | 0.00 | 1,612.44 |
| 3 | Chase Bank USA, N.A. | 36,979.11 | 0.00 | 3,620.21 |
| 4 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 862.28 | 0.00 | 84.42 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 16,309.24 | 0.00 | 1,596.66 |
| 6 | PRA Receivables Management, LLC | 236.37 | 0.00 | 23.14 |

Total to be paid for timely general unsecured claims: $ 6,977.92
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:  $     0.00


**UST Form 101-7-TFR (10/1/2010)**