# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: ORBESON, SUE CATHERINE | § | Case No. 09-72144 |
| | § | |
| ORBESEN, SUSAN C | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/13/2010 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : _11/03/2010_____     By: _/s/JOSEPH D. OLSEN_____
                                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ORBESON, SUE CATHERINE      §   Case No. 09-72144

                    §

         ORBESEN, SUSAN C              §

Debtor(s)                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $       15,006.27

*and approved disbursements of*      $       4,811.64

*leaving a balance on hand of* [1]      $       10,194.63

**Balance on hand:**      $       10,194.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:    $       0.00

Remaining balance:    $       10,194.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,854.53 | 0.00 | 1,854.53 |
| Trustee, Expenses - JOSEPH D. OLSEN | 124.68 | 0.00 | 124.68 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,237.50 | 0.00 | 1,237.50 |

Total to be paid for chapter 7 administration expenses:   $   3,216.71
Remaining balance:   $   6,977.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   6,977.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,276.82 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 419.36 | 0.00 | 41.05 |
| 2 | DISCOVER BANK | 16,470.46 | 0.00 | 1,612.44 |
| 3 | Chase Bank USA, N.A. | 36,979.11 | 0.00 | 3,620.21 |
| 4 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 862.28 | 0.00 | 84.42 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 16,309.24 | 0.00 | 1,596.66 |
| 6 | PRA Receivables Management, LLC | 236.37 | 0.00 | 23.14 |

Total to be paid for timely general unsecured claims: $   6,977.92
Remaining balance: $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $   0.00
Remaining balance: $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith          Page 1 of 1          Date Rcvd: Nov 10, 2010
Case: 09-72144               Form ID: pdf006          Total Noticed: 22


The following entities were noticed by first class mail on Nov 12, 2010.
db          +Sue Catherine Orbeson,  5803 Oak Park Rd.,  Oakwood Hills, IL 60013-1017
aty         +Craig A Willette,  Yalden Olsen & Willette,  1318 E State Street,  Rockford, IL 61104-2228
aty          Gary N Foley,  Gary N. Foley, P.C.,  1919 Route 83,  Round Lake Beach, IL  60073
tr          +Joseph D Olsen,  Yalden Olsen & Willette,  1318 E State Street,  Rockford, IL 61104-2228
13956817     Bank Of America,  4060 Ogletown/Stan,  Newark, DE 19713
13956818    +Bank One/Chase,  8333 Ridgepoint Dr.,  Irving, TX 75063-5812
13956819    ++CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,  Attn: C/O TSYS Debt Management,  Po Box 5155,
               Norcross, GA 30091)
13956820    +Carmax Auto Finance,  P.O. Box 15678,  Attn: BK Dept,  Wilmington, DE 19850-5678
13956821    +Chase,  800 Brooksedge Blvd,  Westerville, OH 43081-2822
14474045     Chase Bank USA, N.A.,  PO Box 15145,  Wilmington, DE 19850-5145
13956822    +Chase Manhattan Mtg,  3415 Vision Dr.,  Columbus, OH 43219-6009
13956824    +Drive Financial,  P.O. Box 562088,  Attn: BK Dept,  Dallas, TX 75356-2088
13956826    +James Orbesen,  5803 Oak Park Rd.,  Oakwood Hills, IL 60013-1017
14758934    +PRA Receivables Management, LLC,  As Agent Of Portfolio Recovery Assocs.,  c/o Best Buy,
               POB 41067,  NORFOLK VA 23541-1067
13956829    +Peoples Bk Credit Card Services,  Attn: Bankruptcy,  Po Box 7092 Rccb 0680,
               Bridgeport, CT 06601-7092
13956830    +Target,  Po Box 9475,  Minneapolis, MN 55440-9475

The following entities were noticed by electronic transmission on Nov 11, 2010.
14404194     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2010 08:07:05
               AMERICAN INFOSOURCE LP AS AGENT FOR,  TARGET,  PO Box 248838,  Oklahoma City, OK  73124-8838
14412879     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2010 07:27:14   DISCOVER BANK,
               DFS Services LLC,  PO Box 3025,  New Albany, Ohio  43054-3025
13956823    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2010 07:27:14   Discover Fin Svcs Llc,
               Po Box 15316,  Wilmington, DE 19850-5316
14757937     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2010 08:07:07
               FIA CARD SERVICES, NA/BANK OF AMERICA,  BY AMERICAN INFOSOURCE LP AS ITS AGENT,  PO Box 248809,
               Oklahoma City, OK  73124-8809
14698249    +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 06:16:46
               GE Money Bank dba JCPENNEY CREDIT SERVICES,  Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,  Miami FL 33131-1605
13956825    +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2010 06:16:46   Gemb/jcp,  Attention: Bankruptcy,
               Po Box 103106,  Roswell, GA 30076-9106
                                                                            TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,  Yalden Olsen & Willette,  1318 E State Street,  Rockford, IL 61104-2228
13956827*   +James Orbesen,  5803 Oak Park Rd.,  Oakwood Hills, IL 60013-1017
13956828    ##+Jpmorgan Chase Bank, N,  Po Box 6004,  Ridgeland, MS 39158-6004
                                                                            TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**          **Signature:** _Joseph Speetjens_