**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ORBESON, SUE CATHERINE § Case No. 09-72144
§
ORBESEN, SUSAN C §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $227,864.00            Assets Exempt: $21,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,978.04     Claims Discharged
                                                Without Payment: $64,298.78

Total Expenses of Administration: $4,067.35

3) Total gross receipts of $ 15,006.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,961.00 (see **Exhibit 2**), yielded net receipts of $11,045.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,067.35 | 4,067.35 | 4,067.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 71,276.82 | 71,276.82 | 6,978.04 |
| **TOTAL DISBURSEMENTS** | $0.00 | $75,344.17 | $75,344.17 | $11,045.39 |

    4) This case was originally filed under Chapter 7 on May 23, 2009. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2011    By: /s/JOSEPH D. OLSEN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Joint Venture - Pepper Rd. | 1129-000 | 15,000.00 |
| Interest Income | 1270-000 | 6.39 |
| **TOTAL GROSS RECEIPTS** | | **$15,006.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Susan Orbeson | Debtor's exemption | 8100-003 | 0.00 |
| Susan Orbeson | Pay Debtor's exemption | 8100-002 | 3,961.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,961.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,854.53 | 1,854.53 | 1,854.53 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 124.68 | 124.68 | 124.68 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,237.50 | 1,237.50 | 1,237.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | | N/A | 313.00 | 313.00 | 313.00 |
| Sikich, LLP | 3310-000 | | N/A | 525.00 | 525.00 | 525.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 12.64 | 12.64 | 12.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 4,067.35 | 4,067.35 | 4,067.35 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 419.36 | 419.36 | 41.06 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 16,470.46 | 16,470.46 | 1,612.47 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 36,979.11 | 36,979.11 | 3,620.27 |
| 4 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 862.28 | 862.28 | 84.42 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 16,309.24 | 16,309.24 | 1,596.68 |
| 6 | PRA Receivables Management, LLC | 7100-000 | N/A | 236.37 | 236.37 | 23.14 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 71,276.82 | 71,276.82 | 6,978.04 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72144  
**Case Name:** ORBESON, SUE CATHERINE  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/23/09 (f)  
**§341(a) Meeting Date:** 07/01/09  

**Period Ending:** 02/21/11  

**Claims Bar Date:** 11/30/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence Located at: Fee simple with mother - 5 | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account with Chase | 1.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account with Chase | 28.00 | 0.00 | DA | 0.00 | FA |
| 5 | Ordinary household items in a 5 room home | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. movies, music, books, etc. | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ordinary everyday clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance - $10,000 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Joint Venture - Pepper Rd. | 20,000.00 | 11,039.00 | | 15,000.00 | FA |
| 10 | 2008 - Income Tax Return - $1,000.00 Spent on or | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Jeep Liberty - 40k miles Joint with son - J | 10,300.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Chevy Cobalt - 30k miles Joint with son - J | 6,175.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.39 | FA |
| 13 | Assets  Totals (Excluding unknown values) | **$247,864.00** | **$11,039.00** | | **$15,006.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 10, 2010    **Current Projected Date Of Final Report (TFR):** November 10, 2010 (Actual)

Printed: 02/21/2011 01:26 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-72144  
**Case Name:** ORBESON, SUE CATHERINE  
**Taxpayer ID #:** **-***0069  
**Period Ending:** 02/21/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****97-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/09 | {9} | Margaret Orbesen | Joint venture - Pepper Road | 1129-000 | 15,000.00 | | 15,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 15,000.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,000.79 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,001.36 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,002.03 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 15,002.41 |
| 04/20/10 | | Wire out to BNYM account 9200******9765 | Wire out to BNYM account 9200******9765 | 9999-000 | -15,002.41 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -15,002.41 | 0.00 | |
| **Subtotal** | 15,002.41 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,002.41** | **$0.00** | |

{} Asset reference(s)

Printed: 02/21/2011 01:26 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-72144 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | ORBESON, SUE CATHERINE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-65 - Money Market Account |
| Taxpayer ID #: | **-***0069 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/21/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | 15,002.41 | | 15,002.41 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.31 | | 15,002.72 |
| 05/12/10 | | To Account #9200******9766 | Transfer funds to pay IL 09 taxes & Fees for Accts. | 9999-000 | | 838.00 | 14,164.72 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.86 | | 14,165.58 |
| 06/04/10 | | To Account #9200******9766 | Payment of bond premium | 9999-000 | | 11.74 | 14,153.84 |
| 06/08/10 | | To Account #9200******9766 | balance of bond premium | 9999-000 | | 0.90 | 14,152.94 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.82 | | 14,153.76 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.84 | | 14,154.60 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.83 | | 14,155.43 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,155.54 |
| 10/15/10 | | To Account #9200******9766 | pymt to Debtor | 9999-000 | | 3,961.00 | 10,194.54 |
| 10/15/10 | 11001 | Susan Orbeson | Debtor's exemption Voided on 10/15/10 | 8100-003 | | ! 3,961.00 | 6,233.54 |
| 10/15/10 | 11001 | Susan Orbeson | Debtor's exemption Voided: check issued on 10/15/10 | 8100-003 | | ! -3,961.00 | 10,194.54 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,194.63 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,194.71 |
| 12/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.04 | | 10,194.75 |
| 12/16/10 | | To Account #9200******9766 | Prep. of Amd Dist. Rpt | 9999-000 | | 10,194.75 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,006.39 | 15,006.39 | $0.00 |
| | | | Less: Bank Transfers | | 15,002.41 | 15,006.39 | |
| | | | Subtotal | | 3.98 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3.98 | $0.00 | |

{} Asset reference(s)   !-Not printed or not transmitted          Printed: 02/21/2011 01:26 PM   V.12.56

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 09-72144 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | ORBESON, SUE CATHERINE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***0069 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/21/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/12/10 | | From Account #9200******9765 | Transfer funds to pay IL 09 taxes & Fees for Accts. | 9999-000 | 838.00 | | 838.00 |
| 05/12/10 | 101 | Illinois Department of Revenue | Payment of 09 IL-1041-V taxes | 2820-000 | | 313.00 | 525.00 |
| 06/04/10 | | From Account #9200******9765 | Payment of bond premium | 9999-000 | 11.74 | | 536.74 |
| 06/04/10 | 102 | Sikich, LLP | Per Court Order of 6/2 | 3310-000 | | 525.00 | 11.74 |
| 06/04/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72144, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 11.74 | 0.00 |
| 06/07/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72144, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -11.74 | 11.74 |
| 06/08/10 | | From Account #9200******9765 | balance of bond premium | 9999-000 | 0.90 | | 12.64 |
| 06/08/10 | 104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72144, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 12.64 | 0.00 |
| 06/08/10 | 104 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72144, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -12.64 | 12.64 |
| 06/08/10 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72144, Bond Premium #016018067 | 2300-000 | | 12.64 | 0.00 |
| 10/15/10 | | From Account #9200******9765 | pymt to Debtor | 9999-000 | 3,961.00 | | 3,961.00 |
| 10/15/10 | 106 | Susan Orbeson | Pay Debtor's exemption | 8100-002 | | 3,961.00 | 0.00 |
| 12/16/10 | | From Account #9200******9765 | Prep. of Amd Dist. Rpt | 9999-000 | 10,194.75 | | 10,194.75 |
| 12/21/10 | 107 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,237.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,237.50 | 8,957.25 |
| 12/21/10 | 108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $124.68, Trustee Expenses;  Reference: | 2200-000 | | 124.68 | 8,832.57 |
| 12/21/10 | 109 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,854.53, Trustee Compensation;  Reference: | 2100-000 | | 1,854.53 | 6,978.04 |
| 12/21/10 | 110 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid   9.79% on $419.36; Claim# 1; Filed: $419.36; Reference: | 7100-000 | | 41.06 | 6,936.98 |
| 12/21/10 | 111 | DISCOVER BANK | Dividend paid   9.79% on $16,470.46; Claim# 2; Filed: $16,470.46; Reference: | 7100-000 | | 1,612.47 | 5,324.51 |
| 12/21/10 | 112 | Chase Bank USA, N.A. | Dividend paid   9.79% on $36,979.11; Claim# 3; | 7100-000 | | 3,620.27 | 1,704.24 |

Subtotals :    $15,006.39    $13,302.15

{} Asset reference(s)

Printed: 02/21/2011 01:26 PM    V.12.56

Case 09-72144   Doc 42   Filed 02/21/11   Entered 02/21/11 13:34:16   Desc Main
Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-72144 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ORBESON, SUE CATHERINE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***0069 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/21/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $36,979.11; Reference: | | | | |
| 12/21/10 | 113 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 9.79% on $862.28; Claim# 4; Filed: $862.28; Reference: | 7100-000 | | 84.42 | 1,619.82 |
| 12/21/10 | 114 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 9.79% on $16,309.24; Claim# 5; Filed: $16,309.24; Reference: | 7100-000 | | 1,596.68 | 23.14 |
| 12/21/10 | 115 | PRA Receivables Management, LLC | Dividend paid 9.79% on $236.37; Claim# 6; Filed: $236.37; Reference: | 7100-000 | | 23.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **15,006.39** | **15,006.39** | **$0.00** |
| | | | Less: Bank Transfers | | 15,006.39 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **15,006.39** | |
| | | | Less: Payments to Debtors | | | 3,961.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,045.39** | |

```
Net Receipts :              15,006.39
Less Payments to Debtor :    3,961.00
                            _____
Net Estate :               $11,045.39
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****97-65** | 15,002.41 | 0.00 | 0.00 |
| **MMA # 9200-******97-65** | 3.98 | 0.00 | 0.00 |
| **Checking # 9200-******97-66** | 0.00 | 11,045.39 | 0.00 |
| | $15,006.39 | $11,045.39 | $0.00 |

{} Asset reference(s)                                    Printed: 02/21/2011 01:26 PM    V.12.56